IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA
TULSA DIVISION

| | | |
|---|---|---|
| DANIELA YATES, | § § | |
| Plaintiff, | § | |
| v. | § § | Case No. 15-CV-00022-CVE-TLW |
| GOLDEN RULE INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL

The parties, having announced to the Court that the matters in controversy have been settled, and in accordance with Fed. R. Civ. P 41(a)(1)(A)(ii), STIPULATE to a dismissal of the case, with prejudice, with each party to bear its own costs and attorney fees.

SO STIPULATED.

| | |
|---|---|
| By: /s/ Donald E. Smolen, III | By: /s/ Lance V. Clack |
| Donald E. Smolen, III | Andrew G. Jubinsky, *pro hac vice* |
| OBA 19944 | Texas Bar No. 11043000 |
| donaldsmolen@ssrok.com | andy.jubinsky@figdav.com |
| Laura M. Lauth | Lance V. Clack, *pro hac vice* |
| OBA 22619 | Texas Bar No. 24040694 |
| lauralauth@ssrok.com | lance.clack@figdav.com |

| | |
|---|---|
| **SMOLEN, SMOLEN & ROYTMAN, PLLC** | **FIGARI + DAVENPORT, LLP** |
| 701 S. Cincinnati Ave. | 901 Main Street, Suite 3400 |
| Tulsa, OK 74119 | Dallas, Texas 75202 |
| T: (918) 585-2667  F: (918) 585-2669 | (214) 939-2000 |
| | (214) 939-2090 (Fax) |

ATTORNEYS FOR PLAINTIFF

Christopher A. Barrow
OBA 20027
cbarrow@barrowgrimm.com

**BARROW & GRIMM**
110 West 7th Street, Suite 900
Tulsa, Oklahoma  74119-1044
(918) 584-1600
(918) 585-2444 (Fax)

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that all attorneys deemed to accept service of the above-referenced document electronically will be notified via the Court's CM/ECF system, and all others will be notified via certified mail, return receipt requested, on the 7th day of December, 2016.

*/s/ Lance V. Clack*
Lance V. Clack